[No. 17426-3-III.    Division Three.    November 18, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES GARRETT WOODCOCK, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-02027-7, Heather K. Van Nuys, J., entered April 1, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17575-8-III.    Division Three.    November 18, 1999.]

DIANA REINECKER, ET AL., *Appellants*, v. ELDON GRAVES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-00372-1, Robert N. Hackett, Jr., J., entered May 29, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[Nos. 18010-7-III; 18011-5-III.    Division Three.    November 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE DAVID OLVERA, ET AL., *Appellants*.

Appeals from judgments of·the Superior Court for Benton County, Nos. 98-1-00505-3, 98-1-00508-8, Craig J. Matheson, J., entered November 4, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 21847-0-II.    Division Two.    November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DWAYNE CHEATAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02322-3, Vicki L. Hogan, J., entered March 11, 1997. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.